# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 1668 Disciplinary Docket No. 3 |
| | : | |
| HARRY VINCENT CARDONI | : | No. 210 DB 2010 |
| | : | |
| | : | Attorney Registration No. 33985 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Luzerne County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of March, 2020, the Petition for Reinstatement is granted. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).